**Order entered March 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00510-CV

### JACOLBY ANDERSON, Appellant

### V.

### LONESTAR PATENT SERVICES, INC., Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-00393-E**

## ORDER

Before the Court is appellant's March 27, 2019 unopposed amended motion for extension of time to file his amended brief. We **GRANT** the motion. We **ORDER** the amended brief tendered to this Court on March 27, 2019 filed as of the date of this order.

/s/    ERIN A. NOWELL
JUSTICE